Russell T. Mueller, Appellant, v. George M. Sloan, et al., Appellees.

Gen. No. 47,724. 

First District, Third Division.

March 23, 1960.

 Frank
J. McLoraine (Hugh A. Hardy, of counsel) for plaintiff-appellant; Sturman and Bloch (Allan R. Bloch, of counsel) for defendant-appellees. Opinion by JUSTICE FRIEND. Not to be published in full.